THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals
 
 
 
 
 South Carolina Department of Social Services, Respondent,
 v.
 Tiffany Marie F. and Willis M., Defendants,
 Of whom Tiffany Marie F. is the Appellant.
 
 
 
 
In the interest of a minor child under the age of 18 years.

Appeal From Horry County
 Lisa A. Kinon, Family Court Judge

Unpublished Opinion No.  2011-UP-416  
 Submitted September 1, 2011  Filed
September 6, 2011

AFFIRMED

 
 
 
 Heather Michelle Cannon, of Myrtle Beach, for Appellant.
 Tonia Elizabeth Medrick, of Conway, for Respondent.
 Mark Andrew Brunty, of Myrtle Beach, for Guardian ad Litem.
 
 
 

PER CURIAM: Tiffany Marie F. appeals
 from the family court's final order terminating her parental rights to her
 minor child.  See S.C.
 Code Ann. § 63-7-2570 (2010).  Upon a thorough review of the record and the family
 court's findings of fact and conclusions of law pursuant to Ex Parte Cauthen,
 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant
 briefing.  Accordingly, we affirm the family court's ruling. 
AFFIRMED.[1]
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.